UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA SMITH, | No. 2:15-cv-01293-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| H.F.D. NO. 55, INC., dba J. CREW, a California corporation; and DOES 1 to100, inclusive, | |
| Defendant. | |

On September 3, 2015, the court held a hearing on defendant H.F.D. No. 55, Inc.'s motion to compel arbitration. On September 29, 2015, plaintiff gave notice a Ninth Circuit panel had issued its opinion in *Sakkab v. Luxottica Retail North America, Inc.*, 803 F.3d 425 (9th Cir. 2015). On October 20, 2015, defendant gave notice the circuit court had granted the appellant an extension of time to respond to the petition for a rehearing en banc in that case. Appellant's response was filed on January 15, 2016.

Because resolution of the issue before the *Sakkab* court directly concerns that before this court, this case is temporarily STAYED pending the circuit court's decision whether to grant the petition for a rehearing en banc, and in the event the petition is granted, pending issuance of an en banc opinion. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he

1

power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

The parties shall notify the court within seven days of any decision in *Sakkab*.

IT IS SO ORDERED.

DATED: February 2, 2016.

_____
UNITED STATES DISTRICT JUDGE