1  JULIE A. DUNNE, Bar No. 160544
   jdunne@littler.com
2  LITTLER MENDELSON, P.C.
   501 W. Broadway
3  Suite 900
   San Diego, CA  92101.3577
4  Telephone:  619.232.0441
   Facsimile:   619.232.4302
5
   ELIZABETH STAGGS WILSON, Bar No. 183160
6  estaggs-wilson@littler.com
   LITTLER MENDELSON, P.C.
7  633 West 5th Street
   63rd Floor
8  Los Angeles, CA  90071
   Telephone:  213.443.4300
9  Fax No.:    213.443.4299

10 JANEL ABLON, Bar No. 198678
   jablon@littler.com
11 LITTLER MENDELSON, P.C.
   2049 Century Park East, Fifth Floor
12 Los Angeles, CA 90067
   Telephone:    310.772.7201
13 Fax No.:      310.553.5583

14 Attorneys for Defendant
   H.F.D. NO. 55, INC., dba J. CREW
15

16                UNITED STATES DISTRICT COURT

17                EASTERN DISTRICT OF CALIFORNIA

18 | SABRINA SMITH,                          | Case No.  2:15-CV-01293-KJM-KJN
19 |                                         |
   |         Plaintiff,                      | **ORDER TO CONTINUE STATUS
20 |                                         | (PRETRIAL SCHEDULING)
   | v.                                      | CONFERENCE & HEARING DATE
21 |                                         | ON DEFENDANT'S RENEWED
   | H.F.D. NO. 55, INC., dba J. CREW, a     | MOTION TO COMPEL
22 | California corporation; and DOES 1 to   | ARBITRATION**
   | 100, inclusive,                         |
23 |                                         |
   |         Defendant.                      |
24
25
26
27
28

Having read and considered the parties' JOINT STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE & HEARING DATE ON DEFENDANT'S RENEWED MOTION TO COMPEL ARBITRATION entered into and submitted by Plaintiff Sabrina Smith, on the one hand, and Defendant H.F.D. NO. 55, INC., dba J. CREW, on the other hand, filed concurrently herewith, and for good cause shown:

The Court hereby APPROVES the STIPULATION and ORDERS the following:

1.  The Hearing date on Defendant's Renewed Motion to Compel Arbitration shall be moved from May 6, 2016 to June 3, 2016, at 10:00 a.m.;

2.  The Status (Pretrial Scheduling) Conference shall be moved to the same date as the hearing on Defendant's Renewed Motion to Compel Arbitration, i.e., June 3, 2016, at 10:00 am;

3.  The Joint Status Report shall be filed no later than 7 days prior to the Status (Pretrial Scheduling) Conference or by May 27, 2016; and

4.  Defendant will make Patti Thetgyi available for deposition by video conference at a date in May 2016 mutually-agreed upon by the parties and deponent.

**IT IS SO ORDERED.**

DATED: April 19, 2016

_____
UNITED STATES DISTRICT JUDGE