**MAYALL HURLEY**
**A Professional Corporation**
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone (209) 477-3833**
**Facsimile (209) 473-4818**
**NICHOLAS J. SCARDIGLI**
CA State Bar No. 249947
**JENNY D. DENNIS**
CA State Bar No. 251014

**Attorneys for Plaintiff SABRINA SMITH**

**JULIE A. DUNNE, Bar No. 160544**
jdunne@littler.com
**LITTLER MENDELSON, P.C.**
**501 W. Broadway**
**Suite 900**
**San Diego, CA 92101.3577**
**Telephone: 619.232.0441**
**Facsimile: 619.232.4302**

**ELIZABETH STAGGS WILSON, Bar No. 183160**
estaggs-wilson@littler.com
**LITTLER MENDELSON, P.C.**
**633 West 5th Street**
**63rd Floor**
**Los Angeles, CA 90071**
**Telephone: 213.443.4300**
**Fax No.: 213.443.4299**

**JANEL ABLON, Bar No. 198678**
jablon@littler.com
**LITTLER MENDELSON, P.C.**
**2049 Century Park East, Fifth Floor**
**Los Angeles, CA 90067**
**Telephone: 310.772.7201**
**Fax No.: 310.553.5583**

**Attorneys for Defendant H.F.D. NO. 55, INC.**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SABRINA SMITH,**<br><br>     Plaintiff,<br><br>vs.<br><br>**H.F.D. NO. 55, INC., dba J. CREW; and DOES 1-100, inclusive,**<br><br>     Defendants. | **Case No. 2:15-CV-01293-KJM-KJN**<br><br>**STIPULATION AND ORDER SUBMITTING PLAINTIFF'S INDIVIDUAL CLAIMS TO ARBITRATION AND STAYING PAGA CLAIMS** |

IT IS HEREBY STIPULATED by and between the parties hereto, namely, Plaintiff Sabrina Smith ("Plaintiff") and Defendant H.F.D. No. 55, Inc. ("Defendant") that:

1. Plaintiff will submit to arbitration on the following individual claims:

   a. First cause of action, for disability discrimination under the Fair Employment and Housing Act ("FEHA");

   b. Second cause of action, for failure to accommodate under FEHA;

   c. Third cause of action, for failure to engage in the interactive process under FEHA;

   d. Fourth cause of action, for retaliation under FEHA;

   e. Fifth cause of action, for failure to prevent discrimination and retaliation under FEHA;

   f. Sixth cause of action, for failure to provide rest breaks;

   g. Seventh cause of action, for failure to provide meal breaks;

   h. Tenth cause of action, for failure to provide wage statement records upon request;

   i. Twelfth cause of action, for failure to provide personnel file upon request; and

   j. Thirteenth cause of action, for retaliation under Labor Code § 98.6.

2. That the following claims shall be dismissed with prejudice for purposes of streamlining the arbitration:

   a. Ninth cause of action, for failure to timely pay wages;

   b. Tenth cause of action, for failure to pay wages upon termination; and

   c. Fourteenth cause of action, for unfair business practices.

3. That Plaintiff's single Labor Code Private Attorneys General Act of 2004 ("PAGA") cause of action, namely, the Eighth cause of action for civil penalties, attorneys' fees,

and costs under PAGA for failure to furnish accurate wage statements, shall be stayed until completion of the arbitration.

**DATED:** May 18, 2016            **MAYALL HURLEY P.C.**

By    /s/ Nicholas J. Scardigli  
       NICHOLAS SCARDIGLI  
       Attorneys for Plaintiff  
       SABRINA SMITH

**DATED:** May 18, 2016            **LITTLER MENDELSON, P.C.**

By    /s/ Janel Ablon  
       JULIE A. DUNNE  
       ELIZABETH STAGGS WILSON  
       JANEL ABLON  
       Attorneys for Defendant  
       H.F.D. NO. 55, INC.

## ORDER

Upon review of the foregoing stipulation entered into by and between the parties in the above-referenced action, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the foregoing stipulation is APPROVED. Accordingly, the case is STAYED pending arbitration, and all previously set deadlines and hearings are VACATED. The parties shall notify the court within seven (7) days of the arbitration completion.

DATED: May 19, 2016

_____
UNITED STATES DISTRICT JUDGE